UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION – ASHLAND

CASE NO. 0:19-CV-00010-HRW

KERI JORDAN                                                                           PLAINTIFF

v.

AETNA LIFE INSURANCE COMPANY and
BON SECOURS HEALTH SYSTEM, INC., HEALTH PLAN            DEFENDANT

**AGREED ORDER DISMISSING WITH PREJUDICE**

The parties, Keri Jordan, Aetna Life Insurance Company and Bon Secours Health System, Inc., Health Plan, hereby agree, and the Court being otherwise sufficiently advised, it is hereby ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice with each party to bear their own costs.

SEEN AND AGREED TO:

| | |
|---|---|
| /s/ Leigh Gross Latherow | /s/ Joyce A. Merritt |
| Leigh Gross Latherow | JOYCE A. MERRITT |
| Keri E. Hieneman | EMBRY MERRITT SHAFFAR |
| VanAntwerp Attorneys, LLP | WOMACK, PLLC |
| 1544 Winchester Ave., 5th Floor | 155 East Main St, STE 260 |
| PO Box 1111 | Lexington, KY 40507 |
| Ashland KY 41105-1111 | (859) 543-0453 |
| (606) 329-2929 | (800) 505-0113 fax |
| (606) 329-0490 fax | joyce@emswlaw.com |
| llatherow@vanattys.com | *Attorney for Defendants* |
| khieneman@vanattys.com | |
| *Attorneys for Plaintiff* | |

1