Eastern District of Kentucky
F I L E D

JUN 0 6 2019

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION – ASHLAND

CASE NO. 0:19-CV-00010-HRW

KERI JORDAN     PLAINTIFF

v.

AETNA LIFE INSURANCE COMPANY and
BON SECOURS HEALTH SYSTEM, INC., HEALTH PLAN     DEFENDANT

## AGREED ORDER DISMISSING WITH PREJUDICE

The parties, Keri Jordan, Aetna Life Insurance Company and Bon Secours Health System, Inc., Health Plan, hereby agree, and the Court being otherwise sufficiently advised, it is hereby ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice with each party to bear their own costs.

June 6, 2019.



Signed By:
*Henry R. Wilhoit, Jr.*
**United States District Judge**

SEEN AND AGREED TO:

/s/ Leigh Gross Latherow
Leigh Gross Latherow
Keri E. Hieneman
VanAntwerp Attorneys, LLP
1544 Winchester Ave., 5th Floor
PO Box 1111
Ashland KY 41105-1111
(606) 329-2929
(606) 329-0490 fax
llatherow@vanattys.com
khieneman@vanattys.com
*Attorneys for Plaintiff*

/s/ Joyce A. Merritt
JOYCE A. MERRITT
EMBRY MERRITT SHAFFAR WOMACK, PLLC
155 East Main St, STE 260
Lexington, KY 40507
(859) 543-0453
(800) 505-0113 fax
joyce@emswlaw.com
*Attorney for Defendants*

1